IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELLY L. HUTTO,
     Plaintiff,

vs.                          Case No.: 3:19cv1401/LAC/EMT

DR. NICHOLAS DELGADO et al.,
     Defendants.
_____/

**O R D E R**

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 10, 2019 (ECF No. 23).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation, I have determined that it should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The chief magistrate judge's Report and Recommendation (ECF No. 23) is adopted and incorporated by reference in this order.

2. Plaintiff's "Motion for a Temporary Restraining Order and a Preliminary Injunction" (ECF No. 18) is **DENIED**

**DONE AND ORDERED** this 25th day of November, 2019.

  s/L. A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**