IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELLY L. HUTTO,
    Plaintiff,

vs.                                          Case No.: 3:19cv1401/LAC/EMT

DR. NICHOLAS DELGADO et al.,
    Defendants.
_____/

## **ORDER**

The Chief Magistrate Judge issued a Report and Recommendation on November 22, 2019 (ECF No. 46). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 46) is adopted and incorporated by reference in this order.

2.     Defendants' motions to dismiss or for summary judgment (ECF Nos. 29, 33, 35) are **GRANTED**

3. The clerk of court is directed to enter judgment in favor of Defendants and against Plaintiff.

**DONE AND ORDERED** this 6th day of December, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**